United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

J.L.,
Plaintiff,
v.
ZORAIDA GOMEZ, et al.,
Defendants.

Case No. 26-cv-12674-VKD

**ORDER PROVISIONALLY GRANTING PETITIONER'S MOTION TO PROCEED UNDER PSEUDONYM**

Re: Dkt. No. 4

In this immigration mandamus action, petitioner seeks leave to proceed by his initials, J.L. Dkt. No. 4. Generally, individuals filing lawsuits must do so in their own names, except in the "unusual case when nondisclosure of the party's identity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment." *Does 1 thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000) (citation modified; citation omitted). Noting that he has applied for asylum "based on a fear of future persecution and torture in China based on his political opinion and membership in a particular social group," petitioner argues that anonymity is necessary to protect against "harm and mistreatment by the government of China if he is required to return to China in the future." Dkt. No. 4 at 2. At this time, the Court provisionally grants petitioner's motion to proceed pseudonymously. This order is subject to revisiting once defendants appear. The Clerk shall issue the proposed summons.

**IT IS SO ORDERED.**

Dated: October 30, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge